OPINION — AG — ** UNCONSTITUTIONAL STATUTES — SEX DISCRIMINATION — DOMICILE — RESIDENCY ** 32 O.S. 2 [32-2] DEEMING THE HUSBAND AS THE HEAD OF THE FAMILY AND GIVING HIM THE CHOOSE THE PLACE OR MODE OF LIVING, IS UNCONSTITUTIONAL AS AN IMPROPER GENDER BASED CLASSIFICATION UNDER THE EQUAL PROTECTION CLAUSE OF THE FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION. (CIVIL RIGHTS, HEAD OF HOUSEHOLD) CITE: OPINION NO. 81-164, OPINION NO. 81-255 AMEND 14 (DAMAN H. CANTRELL)